FORM 26. Docketing Statement                                    Form 26 (p. 1)
                                                                   July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2024-1588

**Short Case Caption:** TQ Delta, LLC v. CommScope Holding Company, Inc.

**Filing Party/Entity:** TQ Delta, LLC

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| E.D. Texas | 2:21-cv-310-JRG | Patent |

**Relief sought on appeal:** ☐ None/Not Applicable

See attachment to Docketing Statement.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

Compensatory damages of $11,125,000.00, pre- and post-judgment interest, and costs.

**Briefly describe the judgment/order appealed from:**

Final Judgment, Claim Construction Memorandum and Order, Order on Pretrial Motions and Motions in Limine, and Memorandum Opinion and Order Denying Defendants' Renewed Motion for Judgment as a Matter of Law.

**Nature of judgment (select one):**        **Date of judgment:** 5/3/23

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

FORM 26. Docketing Statement    Form 26 (p. 2)
                                July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☐ None/Not Applicable

> TQ Delta, LLC v. CommScope Holding Company, Inc., 2024-1587

Issues to be raised on appeal:  ☑ None/Not Applicable

Have there been discussions with other parties relating to settlement of this case?
☑ Yes   ☐ No

If "yes," when were the last such discussions?
- ☑ Before the case was filed below
- ☑ During the pendency of the case below
- ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☐ Yes   ☑ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation? ☑ Yes   ☐ No
Explain.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 4/4/24     Signature: /s/ Peter J. McAndrews
                 Name:      Peter J. McAndrews

Save for Filing

**Attachment to Docketing Statement**

| Case Number: | 2024-1588 |
|---|---|
| Short Case Caption: | TQ Delta, LLC v. CommScope Holding Company, Inc. |
| Filing Party/Entity: | TQ Delta, LLC |

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| E.D. Texas | 2:21-cv-00310-JRG | Patent |

**Relief sought on appeal:**

Denial of any relief sought by Defendants-Appellants; affirmance of the following portions of the final judgment: (1) Defendants-Appellants willfully infringed Claim 17 of U.S. Patent No. 7,453,881 ("the '881 Patent"), Claim 5 of U.S. Patent No. 8,276,048 ("the '048 Patent"), Claim 18 of U.S. Patent No. 8,468,411 ("the '411 Patent"), and Claim 10 of U.S. Patent No. 9,154,354 ("the '354 Patent"); (2) Claim 14 of the U.S. Patent No. 8,090,008 ("the '008 Patent") and Claim 5 of the '048 Patent are not invalid; (3) TQ Delta did not breach its contractual duty to grant licenses regarding its Standard Essential Patents to Defendants-Appellants on FRAND terms; and (4) the award of costs to TQ Delta.