FORM 9. Certificate of Interest Form 9 (p. 1)
 March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 24-1588

**Short Case Caption** TQ Delta, LLC v. CommScope Holding Company, Inc.

**Filing Party/Entity** CommScope Holding Company, Inc. et al. (full list in attachment)

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 04/04/2024 Signature: /s/ Brett M. Schuman

 Name: Brett M. Schuman

FORM 9. Certificate of Interest                                          Form 9 (p. 2)
                                                                          March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☐ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| CommScope Holding Company, Inc. | Vantiva SA | CommScope Technologies LLC |
| CommScope Inc. | | CommScope Inc. of North Carolina |
| ARRIS US Holdings, Inc. | | |
| ARRIS Solutions, Inc., | | |
| ARRIS Technology, Inc. | | |
| ARRIS Enterprises LLC | | |
| ARRIS International Limited | | |
| ARRIS Global Ltd. | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

**FORM 9. Certificate of Interest**  Form 9 (p. 3)
March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable ☑ Additional pages attached

| | | |
|---|---|---|
| Alston & Bird LLP | Craig Lytle | Douglas J Kline |
| Ross Ritter Barton | Darlena Subashi | Elizabeth Danielle Thompson Williams |
| Crowell & Moring | Deron R Dacus | The Dacus Firm, PC |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)  ☐ No  ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# CERTIFICATE OF INTEREST ATTACHMENT

**Case No.** 24-1588

**Short Case Caption**: *TQ Delta, LLC v. CommScope Holding Company, Inc.*

**Filing Party/Entity**: CommScope Holding Company Inc., CommScope Inc., ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., ARRIS Enterprises LLC

## 4. Legal Representatives

| | | |
|---|---|---|
| Emily Wilkinson<br>Winston & Strawn LLP | Eric Hugh Findlay<br>Findlay Craft, P.C. | Karlee Wroblewski<br>Alston & Bird LLP |
| Amadou Kilkenny Diaw<br>Goodwin Procter LLP | Amanda E Stephenson<br>Goodwin Procter LLP | Christie Larochelle<br>Goodwin Procter LLP |
| Kathleen McGuinness<br>Goodwin Procter LLP | Lana Svetlana Shiferman<br>Goodwin Procter LLP | Kirk T Bradley<br>Alston & Bird LLP |
| Erin Beaton<br>Alston & Bird LLP | Katherine Donald<br>Alston & Bird LLP | Katherine Grayce Rubschlager<br>Alston & Bird LLP |
| Marisa Thompson<br>Winston & Strawn LLP | Mary Isabelle Riolo<br>Winston & Strawn LLP | Matthew R McCullough<br>Winston & Strawn LLP |
| Matthew Scott Stevens<br>Alston & Bird LLP | Michael Clayton Deane<br>Alston & Bird LLP | Michael Brett Johnson<br>Alston & Bird LLP |
| Nicholas Christopher Marais<br>Alston & Bird LLP | Rachel Walsh<br>Goodwin Procter LLP | Rex Andrew Mann<br>Winston & Strawn LLP |
| Stephen Richard Lareau<br>Alston & Bird LLP | Thomas M Melsheimer<br>Winston & Strawn LLP | William Mitchell Logan<br>Winston & Strawn LLP |