FORM 26. Docketing Statement                              Form 26 (p. 1)
                                                          July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 24-1588

**Short Case Caption:** TQ Delta, LLC v. CommScope Holding Company, Inc.

**Filing Party/Entity:** CommScope Holding Company, Inc. et al. (full list in attachment)

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Eastern District of Texas | 2:21-cv-00310-JRG | Patent infringement |

**Relief sought on appeal:** ☐ None/Not Applicable

Reversal of certain erroneous claim construction rulings; reversal of denial of motion to exclude expert witness on damages; vacatur of damages award; new trial; reversal of denial of CommScope's Rule 50(b) motion for judgment as to breach of contract claim.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

TQ Delta was awarded $11,125,000.00 for infringement, plus prejudgment and post-judgment interest.

**Briefly describe the judgment/order appealed from:**

Final Judgment, Claim Construction Memorandum and Order, Order on Pretrial Motions and Motions in Limine, and Memorandum Opinion and Order Denying Defendants' Renewed Motion for Judgment as a Matter of Law.

**Nature of judgment (select one):**     **Date of judgment:** 5/3/23

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

FORM 26. Docketing Statement                                          Form 26 (p. 2)
                                                                         July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☐ None/Not Applicable

> TQ Delta, LLC v. CommScope Holding Company, Inc., No. 24-1587

Issues to be raised on appeal:   ☐ None/Not Applicable

> Whether the district court erred in: (1) its construction as to certain claim terms; (2) failing to exclude TQ Delta's expert witness on damages; (3) its jury instruction on damages; (4) denying CommScope's Rule 50(b) motion for judgment as to breach of contract claim.

Have there been discussions with other parties relating to settlement of this case?
☑ Yes    ☐ No

If "yes," when were the last such discussions?
☐ Before the case was filed below
☑ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?    ☑ Yes    ☐ No

If they were mediated, by whom?

> Hon. David Folsom (Ret.)

Do you believe that this case may be amenable to mediation?   ☐ Yes   ☑ No

Explain.

> Efforts to resolve the case outside of litigation have not been successful as the parties remain too far apart to warrant further mediation.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

> 

Date: 4/4/24            Signature: /s/ Brett M. Schuman

                        Name: Brett M. Schuman

Save for Filing

# DOCKETING STATEMENT ATTACHMENT

**Case No.** 24-1588

**Short Case Caption**: *TQ Delta, LLC v. CommScope Holding Company, Inc.*

**Filing Party/Entity**: CommScope Holding Company Inc., CommScope Inc., ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., ARRIS Enterprises LLC