NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TQ DELTA, LLC,**
*Plaintiff-Appellant*

**v.**

**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., ARRIS ENTERPRISES, LLC,**
*Defendants-Cross-Appellants*

**AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, BROADCOM INCORPORATED, BROADCOM CORPORATION,**
*Defendants/Third Party Plaintiffs/Counterclaimants*

---

2024-1587, 2024-1588

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:21-cv-00310-JRG, Chief Judge J. Rodney Gilstrap.

---

**O R D E R**

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

(1) The appeals are consolidated as appeal and cross-appeal, and one set of briefs should be filed for both appeals. The revised official caption is reflected in this Order. TQ Delta, LLC ("TQ Delta") is designated the Appellant. Appeal No. 2024-1588 is designated the cross-appeal.

(2) The briefing schedule for the consolidated appeals shall be as follows: TQ Delta's principal brief, addressing Appeal No. 2024-1587, is due no later than May 20, 2024. The principal and response brief of CommScope Holding Company, Inc., CommScope Inc., ARRIS International Limited, ARRIS Global Ltd., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC (collectively, "CommScope"), addressing both appeals, is due no later than 40 days after service of TQ Delta's principal brief. TQ Delta's response and reply brief, addressing both appeals, is due no later than 40 days after service of CommScope's principal and response brief. CommScope's reply brief, addressing only Appeal No. 2024-1588, is due no later than 21 days after service of TQ Delta's response and reply brief.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 8, 2024
Date